Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  18–27141–JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Larry S. Neigut
   aka Lawrence S Neigut
   106 Cardinal Court
   Swedesboro, NJ 08085

Social Security No.:
   xxx–xx–0567

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                September 20, 2019
Time:               10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*46* – Certification in Opposition to Trustee's Certification of Default (related document:43 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 08/7/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Thomas G. Egner on behalf of Larry S. Neigut. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

and transact such other business as may properly come before the meeting.


Dated: August 1, 2019
JAN: eag

                                                                       Jeanne Naughton
                                                                       Clerk