UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esq.
McDowell Law, PC
46 West Main St.
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
tegner@mcdowelllegal.com

**Order Filed on October 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

   Larry S. Neigut,

                       Debtor.

Case No.:   18-27141-JNP

Chapter:   13

Judge:   Poslusny

## ORDER AUTHORIZING RETENTION OF

Nicole Snyderman

The relief set forth on the following page is **ORDERED**.

**DATED: October 8, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Nicole Snyderman___ as ___Realtor___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   Entourage Elite Real Estate
   1939 W. Route 70, Suite 220
   Cherry Hill, NJ 08003

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*