Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−27141−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Larry S. Neigut
  aka Lawrence S Neigut
  106 Cardinal Court
  Swedesboro, NJ 08085

Social Security No.:
  xxx−xx−0567

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 14, 2018.

On 10/15/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                November 20, 2019
Time:                09:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 16, 2019
JAN: lgr

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-27141-JNP
Larry S. Neigut                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 2              Date Rcvd: Oct 16, 2019
                                Form ID: 185             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
```
db             +Larry S. Neigut,    106 Cardinal Court,    Swedesboro, NJ 08085-1323
r              +Nicole Snyderman,    Entourage Elite Real Estate,    1939 W. Route 70,    Suite 220,
                 Cherry Hill, NJ 08003-4507
517816218      +Associa Mid-Atlantic,    14000 Horizon Way, Suite 200,    Mt Laurel, NJ 08054-4342
517724090      +Associates in Anesthesia, Inc.,    POB #1 - Suite #305,    30 Medical Center Blvd,
                 Upland, PA 19013-3955
517724091      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517724092      +Borough of Swedesboro,    Attn: Tax Office,    1500 Kings Highway,    Swedesboro, NJ 08085-1286
517724093     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court:   Caine & Weiner,    Attn: Bankruptcy,    Po Box 5010,
                 Woodland Hills, CA 91365)
517767705      CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
517803622      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517856375      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517724095      +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
517816219      Eagle Farms HOA,    PO Box 60002,    Newark, NJ 07101-8052
517724096      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517724097      +Experian,    PO Box 4500,    Allen, TX 75013-1311
517724098     #+Expert Interiors & Exteriors Inc.,    2442 Bristol Road,    Bensalem, PA 19020-6002
517756774      +Expert Intriors and Exteriors, Inc.,    Robert M. Morris, Esq.,    PO Box 2235,
                 Bala Cynwyd, PA 19004-6235
517724099      +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517724101      +KML Law Group, PC,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
517724105      +Morris & Adelman, P.C.,    PO Box 2235,    Bala Cynwyd, PA 19004-6235
517724106      +New Jersey Healthcare Specialists, PC,    PO Box 419378,    Dept 10005,    Boston, MA 02241-9378
517877951      +New Jersey Healthcare Specialists,P.C.,    c/o Pressler,Felt & Warshaw,LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
518054025      +Office of Unemployment Compensation Benefits Polic,    Dept of Labor & Industry,
                 Office of Chief Counsel,    651 Boas Street, 10th Floor,    Harrisburg, PA 17121-0751
517790058      Pennsylvania Department of Labor & Indus,    UC Benefits,    PO Box 67503,
                 Harrisburg, PA 17106-7503
517790059      +Premier Orthopaedic Associates,    P.O. Box 2180,    Vineland, NJ 08362-2180
517724108      +Premier Orthopaedic Associates,    P.O. Box 2749,    Vineland, NJ 08362-2749
517724109      +Prospect Health Access Network Inc.,    PO Box 23419,    Jacksonville, FL 32241-4419
517724110      +Rancocas Anesthesiology,    PO Box 4640,    Rutherford, NJ 07070-0464
517724111      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
517804318      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Buildings 6&8,
                 Charlotte, NC 28217-1932
517724112      +Roundpoint Mortgage Servicing Corp,    5016 Parkway Plaza Blvd.,    Suite 200,
                 Charlotte, NC 28217-1930
518047153     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517724113      +Stat Imaging at RiverWinds,    204 Grove Ave,    Suite F,    Thorofare, NJ 08086-2557
517724114      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
517724116     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial Services,    Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
517827109      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517724117      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
517724118     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
                (address filed with court:   Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606)
517820118      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2019 00:21:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2019 00:21:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: cio.bncmail@irs.gov Oct 17 2019 00:20:26      Internal Revenue Service,
                 51 Haddonfield Road,    Suite 300,    Cherry Hill, NJ 08002-4805
517790057       E-mail/Text: pgt@rawlingsandassociates.com Oct 17 2019 00:21:48
                 Anthem Blue Cross and Blue Shield,    c/o Rawlings Financial Services, LLC,    PO Box 2020,
                 La Grange, KY 40031-2020
517724094      +E-mail/Text: kellyp@ccpdocs.com Oct 17 2019 00:21:49      Cardiology Consultants PH,
                 207 North Broad St,,    3rd FL,    Philadelphia, PA 19107-1500
517724102      +E-mail/Text: bncnotices@becket-lee.com Oct 17 2019 00:20:10      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Oct 16, 2019
                              Form ID: 185             Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517850326         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2019 00:17:57      LVNV Funding, LLC,
                   c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
517724103        +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2019 00:17:57
                   LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                   Greenville, SC 29603-0497
517724104        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 17 2019 00:16:16
                   Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
517855223         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2019 00:32:23
                   Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517724107        +E-mail/Text: bkrnotice@prgmail.com Oct 17 2019 00:21:09      Paragon Revenue Group,
                   216 Le Phillip Ct.,    Concord, NC 28025-2954
517858410        +E-mail/Text: bankruptcy@ptlpro.com Oct 17 2019 00:19:59
                   Perfect Touch Landscape and Irrigation,    PO Box 564,    West Deptford, NJ 08086-0564
517724115        +E-mail/Text: bncnotices@stengerlaw.com Oct 17 2019 00:20:04      Stenger & Stenger,
                   2618 East Paris Ave SE,    Grand Rapids, MI 49546-2458
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517724100*       +Internal Revenue Service,    Centralized Insolvency Operation,     PO Box 7346,
                   Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Carisbrook Asset Holding Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Carisbrook Asset Holding Trust
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Thomas G. Egner    on behalf of Debtor Larry S. Neigut tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6
```