Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  18−27141−JNP
                    Chapter:  13
                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Larry S. Neigut
   aka Lawrence S Neigut
   106 Cardinal Court
   Swedesboro, NJ 08085

Social Security No.:
   xxx−xx−0567

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/20/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 20, 2019
JAN: kvr

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27141-JNP
Larry S. Neigut                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Nov 20, 2019
                               Form ID: 148             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
```
db             +Larry S. Neigut,    106 Cardinal Court,    Swedesboro, NJ 08085-1323
r              +Nicole Snyderman,    Entourage Elite Real Estate,    1939 W. Route 70,    Suite 220,
                 Cherry Hill, NJ 08003-4507
517816218      +Associa Mid-Atlantic,    14000 Horizon Way, Suite 200,    Mt Laurel, NJ 08054-4342
517724090      +Associates in Anesthesia, Inc.,    POB #1 - Suite #305,    30 Medical Center Blvd,
                 Upland, PA 19013-3955
517724092      +Borough of Swedesboro,    Attn: Tax Office,    1500 Kings Highway,    Swedesboro, NJ 08085-1286
517724093     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,    Attn: Bankruptcy,    Po Box 5010,
                 Woodland Hills, CA 91365)
517724095      +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
517816219       Eagle Farms HOA,    PO Box 60002,    Newark, NJ 07101-8052
517724096      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517724097      +Experian,    PO Box 4500,    Allen, TX 75013-1311
517724098     #+Expert Interiors & Exteriors Inc.,    2442 Bristol Road,    Bensalem, PA 19020-6002
517756774      +Expert Intriors and Exteriors, Inc.,    Robert M. Morris, Esq.,    PO Box 2235,
                 Bala Cynwyd, PA 19004-6235
517724101      +KML Law Group, PC,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
517724105      +Morris & Adelman, P.C.,    PO Box 2235,    Bala Cynwyd, PA 19004-6235
517724106      +New Jersey Healthcare Specialists, PC,    PO Box 419378,    Dept 10005,    Boston, MA 02241-9378
517877951      +New Jersey Healthcare Specialists,P.C.,    c/o Pressler,Felt & Warshaw,LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
518054025      +Office of Unemployment Compensation Benefits Polic,    Dept of Labor & Industry,
                 Office of Chief Counsel,    651 Boas Street, 10th Floor,    Harrisburg, PA 17121-0751
517790058       Pennsylvania Department of Labor & Indus,    UC Benefits,    PO Box 67503,
                 Harrisburg, PA 17106-7503
517724108      +Premier Orthopaedic Associates,    P.O. Box 2749,    Vineland, NJ 08362-2749
517790059      +Premier Orthopaedic Associates,    PO Box 2180,    Vineland, NJ 08362-2180
517724109      +Prospect Health Access Network Inc.,    PO Box 23419,    Jacksonville, FL 32241-4419
517724110      +Rancocas Anesthesiology,    PO Box 4640,    Rutherford, NJ 07070-0464
517724111      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
517804318      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Buildings 6&8,
                 Charlotte, NC 28217-1932
517724112      +Roundpoint Mortgage Servicing Corp,    5016 Parkway Plaza Blvd.,    Suite 200,
                 Charlotte, NC 28217-1930
518047153     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517724113      +Stat Imaging at RiverWinds,    204 Grove Ave,    Suite F,    Thorofare, NJ 08086-2557
517724114      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
517827109      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517724117      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2019 23:40:23      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2019 23:40:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: IRS.COM Nov 21 2019 04:33:00      Internal Revenue Service,    51 Haddonfield Road,
                 Suite 300,    Cherry Hill, NJ 08002-4805
517790057       E-mail/Text: pgt@rawlingsandassociates.com Nov 20 2019 23:40:29
                 Anthem Blue Cross and Blue Shield,    c/o Rawlings Financial Services, LLC,    PO Box 2020,
                 La Grange, KY 40031-2020
517724091      +EDI: TSYS2.COM Nov 21 2019 04:33:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
517767705       E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 20 2019 23:50:54
                 CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
517803622       EDI: BL-BECKET.COM Nov 21 2019 04:33:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517724094      +E-mail/Text: kellyp@ccpdocs.com Nov 20 2019 23:40:30      Cardiology Consultants PH,
                 207 North Broad St,,    3rd FL,    Philadelphia, PA 19107-1500
517856375      +EDI: CITICORP.COM Nov 21 2019 04:33:00      Citibank, N.A.,    Citibank, N.A.,
                 701 East 60th Street North,    Sioux Falls, SD 57104-0493
517724099      +EDI: IIC9.COM Nov 21 2019 04:33:00      I C System Inc,    444 Highway 96 East,    P.O. Box 64378,
                 St. Paul, MN 55164-0378
517724102      +E-mail/Text: bncnotices@becket-lee.com Nov 20 2019 23:40:11      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517850326       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2019 23:50:55      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Nov 20, 2019
                               Form ID: 148             Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517724103       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2019 23:50:56
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
517724104       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 20 2019 23:51:35
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
517855223        EDI: PRA.COM Nov 21 2019 04:33:00      Portfolio Recovery Associates, LLC,     c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
517724107       +E-mail/Text: bkrnotice@prgmail.com Nov 20 2019 23:40:21       Paragon Revenue Group,
                 216 Le Phillip Ct.,    Concord, NC 28025-2954
517858410       +E-mail/Text: bankruptcy@ptlpro.com Nov 20 2019 23:40:08
                 Perfect Touch Landscape and Irrigation,     PO Box 564,    West Deptford, NJ 08086-0564
517724115       +E-mail/Text: bncnotices@stengerlaw.com Nov 20 2019 23:40:10       Stenger & Stenger,
                 2618 East Paris Ave SE,    Grand Rapids, MI 49546-2458
517724116        EDI: TFSR.COM Nov 21 2019 04:33:00      Toyota Financial Services,    Attn: Bankruptcy,
                 Po Box 8026,    Cedar Rapids, IA 52409
517724118        EDI: WFFC.COM Nov 21 2019 04:33:00      Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606
517820118        EDI: WFFC.COM Nov 21 2019 04:33:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517724100*      +Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Carisbrook Asset Holding Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Carisbrook Asset Holding Trust
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Thomas G. Egner    on behalf of Debtor Larry S. Neigut tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```